IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FENDI S.R.L., | |
| Plaintiff, | Case No.: 1:24-cv-00907 |
| v. | Judge Jeremy C. Daniel |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

## DECLARATION OF SERVICE

I, Paul Kossof, declare as follows:

1. I am an agent hired by Plaintiff, Fendi S.r.L., ("Plaintiff") and act, amongst other roles, as its service processor for this case. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Nicolas Lambert and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on February 20, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, Notice of Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon"), ContextLogic, Inc. d/b/a Wish.com ("WISH"), and Heguang International Limited or Dunhuang Group d/b/a DHGATE, DHGate.com, DHPORT, DHLINK

and DHPAY ("DHgate") marketplaces, as identified in Exhibit 2 to the Declaration of Nicolas Lambert as being related to the defendants.

4. I hereby certify that on or before February 20, 2024, I electronically published the Complaint, TRO, and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion, Notice of Motion, and Memorandum in Support of Preliminary Injunction, on said website.

5. I hereby certify that on February 20, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, Notice of Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon, WISH, and DHgate, marketplaces, as identified and provided by third parties for Defendants that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2024.

/s/
Paul Kossof
*Authorized agent for Plaintiff*